2016V02458/SD

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

    Plaintiff,

         -v-

1.    ANY AND ALL OWNERSHIP INTEREST HELD IN THE NAME, ON BEHALF OR FOR THE BENEFIT OF JOSEPH TAUB, AND/OR JT CAPITAL LLC, IN THE ASSETS OF ANY AND ALL CORPORATIONS, PARTNERSHIPS OR OTHER ENTITIES, AND/OR THEIR SUBSIDIARIES, AFFILIATES AND JOINT VENTURES, INCLUDING BUT NOT LIMITED TO:

Hon. John M. Vazquez

Civil Action No. 16-9158

STIPULATION AND ORDER OF SETTLEMENT

    a.    ULTIMATE VENTURES LLC

    b.    EAST 34TH STREET HOLDING LLC

    c.    DEVELOPER ENTERPRISES OF AMERICA LLC

    d.    CORNERSTONE PHARMACEUTICAL

    e.    1108 60TH STREET PARTNERS LLC

    f.    BROOKVIEW COLUMBUS LLC

    g.    ISRAEL TECH FUND V LLC

    h.    DAVID GROSS GROUP LLC

    i.    FH INVESTMENTS I LLC

    j.    GM RESOURCES LLC

k.   HERTZ INVESTMENT GROUP

l.   ISRAEL TECH FUND LLC

m.   451 WE HOLDINGS LLC

n.   TEG REGENCY INVESTOR LLC

o.   306-312 W FRANKLIN STREET
     LLC

p.   MHP 590 BERGEN AVENUE LLC

q.   MHP 431-437 KENNEDY BLVD
     LLC

r.   MHP CHATHAM PORTFOLIO LLC

s.   MHP 6 BEECH SPRING DRIVE
     LLC

t.   MHP UNION CITY PACKAGE LLC

u.   NL INVESTMENTS LLC

v.   NUCLEUS RESOURCES LLC

w.   OAK TREE EQUITIES LLC

x.   OLD CITY TITANIUM 65
     NEWKIRK JS LLC

y.   PROVIDENCE DRIVE LLC

z.   RADCO BAY MEADOWS LLP

aa.   RADCO BRIDGES LLC

bb.   RADCO CREEKSIDE LLP

cc.   RADCO OKLAHOMA CITY
      PORTFOLIO LLP

dd.   SOUTHEAST FOUR PORTFOLIO
      LLC

ee.     BOH LENDER, LLC

ff.     BEEGHLY OAKS VENTURES LLC

gg.     OASIS CENTER FOR REHAB
        AND HEALING

hh.     HERITAGE CENTER FOR REHAB
        & SPECIALTY CARE

ii.     SANDSTONE HOLDINGS LP

jj.     SEAVIEW CAPITAL PARTNERS,
        LLC

kk.     IRVINGTON 65 HEADLEY LLC

ll.     NEWARK 2ND AVENUE LLC

mm.     NEWARK PARKER LLC

nn.     RP HAMPTON CENTER LLC

oo.     SPRINGDALE INVESTMENTS
        LLC

pp.     TEG COUNTRY OAKS LLC

qq.     TEG ACQUISITIONS LLC

rr.     TEG THE LOFTS AT 5 LYON LLC

ss.     TEG OAK PARK LLC

tt.     TEG AUBURN PLACE LLC

uu.     TEG WYNDHAM HILL LLC

vv.     TEG WOODBRIDGE LLC

ww.     TEG TIMBERVIEW 1 LLC

xx.     TEG WOODLAND CREEK LLC

yy.     TEG TIMBERVIEW 2 LLC

zz.   THE EMBASSY GROUP, LLC

aaa.  VICTORY MULTI INVESTORS

bbb.  2115 WASHINGTON AVENUE MB
      LLC

ccc.  3RD AVENUE INVESTMENTS 1
      LLC

ddd.  BROOKVIEW FORUM LLC

eee.  EDMA MANAGEMENT CORP

fff.  FIRSTFIRE GLOBAL
      OPPORTUNITIES FUND LLC

ggg.  H&R HIGH SPRINGS LLC

hhh.  NC RESOURCES LLC

iii.  RDM CAPITAL LLC

jjj.  TRASCO LLC

kkk.  WORLDWIDE STOCK TRANSFER

lll.  STONEY BROOK MNC LLC

mmm. MHP WEST HOBOKEN
     PACKAGE LLC

nnn.  MHP 400 PASSAIC AVENUE LLC

2.  BANK OF AMERICA ACCOUNT
    NUMBER ███████9721 HELD IN THE
    NAME OF M.W., AND ALL PROPERTY
    TRACEABLE THERETO, DIRECTLY
    AND INDIRECTLY, INCLUDING, BUT
    NOT LIMITED TO, CASH AND
    MONETARY INSTRUMENTS, THE
    CONTENTS OF ANY FINANCIAL
    INSTITUTION ACCOUNTS TO WHICH
    SUCH FUNDS AND OTHER PROPERTY
    HAVE BEEN TRANSFERRED, AND

PROPERTY AND INTERESTS IN
PROPERTY PURCHASED IN WHOLE
OR IN PART, DIRECTLY AND
INDIRECTLY, WITH SUCH FUNDS;

3. CAPITAL ONE BANK ACCOUNT
   NUMBER ██████5894 HELD IN THE
   NAME OF E.K., AND ALL PROPERTY
   TRACEABLE THERETO, DIRECTLY
   AND INDIRECTLY, INCLUDING, BUT
   NOT LIMITED TO, CASH AND
   MONETARY INSTRUMENTS, THE
   CONTENTS OF ANY FINANCIAL
   INSTITUTION ACCOUNTS TO WHICH
   SUCH FUNDS AND OTHER PROPERTY
   HAVE BEEN TRANSFERRED, AND
   PROPERTY AND INTERESTS IN
   PROPERTY PURCHASED IN WHOLE
   OR IN PART, DIRECTLY AND
   INDIRECTLY, WITH SUCH FUNDS;

4. CITIBANK ACCOUNT NUMBER
   ██████6475 HELD IN THE NAME OF
   ELAZAR SHMALO, AND ALL
   PROPERTY TRACEABLE THERETO,
   DIRECTLY AND INDIRECTLY,
   INCLUDING, BUT NOT LIMITED TO,
   CASH AND MONETARY
   INSTRUMENTS, THE CONTENTS OF
   ANY FINANCIAL INSTITUTION
   ACCOUNTS TO WHICH SUCH FUNDS
   AND OTHER PROPERTY HAVE BEEN
   TRANSFERRED, AND PROPERTY AND
   INTERESTS IN PROPERTY
   PURCHASED IN WHOLE OR IN PART,
   DIRECTLY AND INDIRECTLY, WITH
   SUCH FUNDS;

5. CITIBANK ACCOUNT NUMBER
   ██████5403 HELD IN THE NAME OF
   ELAZAR SHMALO, AND ALL
   PROPERTY TRACEABLE THERETO,
   DIRECTLY AND INDIRECTLY,
   INCLUDING, BUT NOT LIMITED TO,
   CASH AND MONETARY
   INSTRUMENTS, THE CONTENTS OF

ANY FINANCIAL INSTITUTION
ACCOUNTS TO WHICH SUCH FUNDS
AND OTHER PROPERTY HAVE BEEN
TRANSFERRED, AND PROPERTY AND
INTERESTS IN PROPERTY
PURCHASED IN WHOLE OR IN PART,
DIRECTLY AND INDIRECTLY, WITH
SUCH FUNDS;

6.  JPMORGAN CHASE BANK ACCOUNT
    NUMBER ____2005 HELD IN THE
    NAME OF JOSEPH TAUB, AND ALL
    PROPERTY TRACEABLE THERETO,
    DIRECTLY AND INDIRECTLY,
    INCLUDING, BUT NOT LIMITED TO,
    CASH AND MONETARY
    INSTRUMENTS, THE CONTENTS OF
    ANY FINANCIAL INSTITUTION
    ACCOUNTS TO WHICH SUCH FUNDS
    AND OTHER PROPERTY HAVE BEEN
    TRANSFERRED, AND PROPERTY AND
    INTERESTS IN PROPERTY
    PURCHASED IN WHOLE OR IN PART,
    DIRECTLY AND INDIRECTLY, WITH
    SUCH FUNDS;

7.  JPMORGAN CHASE BANK ACCOUNT
    NUMBER ____8225 IN THE NAME
    OF JOSEPH TAUB, AND ALL
    PROPERTY TRACEABLE THERETO,
    DIRECTLY AND INDIRECTLY,
    INCLUDING, BUT NOT LIMITED TO,
    CASH AND MONETARY
    INSTRUMENTS, THE CONTENTS OF
    ANY FINANCIAL INSTITUTION
    ACCOUNTS TO WHICH SUCH FUNDS
    AND OTHER PROPERTY HAVE BEEN
    TRANSFERRED, AND PROPERTY AND
    INTERESTS IN PROPERTY
    PURCHASED IN WHOLE OR IN PART,
    DIRECTLY AND INDIRECTLY, WITH
    SUCH FUNDS;

8.  JPMORGAN CHASE BANK ACCOUNT
    NUMBER ____7808 IN THE NAME OF
    JOSEPH TAUB, AND ALL PROPERTY

TRACEABLE THERETO, DIRECTLY
AND INDIRECTLY, INCLUDING, BUT
NOT LIMITED TO, CASH AND
MONETARY INSTRUMENTS, THE
CONTENTS OF ANY FINANCIAL
INSTITUTION ACCOUNTS TO WHICH
SUCH FUNDS AND OTHER PROPERTY
HAVE BEEN TRANSFERRED, AND
PROPERTY AND INTERESTS IN
PROPERTY PURCHASED IN WHOLE
OR IN PART, DIRECTLY AND
INDIRECTLY, WITH SUCH FUNDS;

9.   JPMORGAN CHASE BANK ACCOUNT
     NUMBER ████6944 IN THE NAME OF
     C.T., AND ALL PROPERTY TRACEABLE
     THERETO, DIRECTLY AND
     INDIRECTLY, INCLUDING, BUT NOT
     LIMITED TO, CASH AND MONETARY
     INSTRUMENTS, THE CONTENTS OF
     ANY FINANCIAL INSTITUTION
     ACCOUNTS TO WHICH SUCH FUNDS
     AND OTHER PROPERTY HAVE BEEN
     TRANSFERRED, AND PROPERTY AND
     INTERESTS IN PROPERTY
     PURCHASED IN WHOLE OR IN PART,
     DIRECTLY AND INDIRECTLY, WITH
     SUCH FUNDS;

10.  JPMORGAN CHASE BANK ACCOUNT
     NUMBER ████1697 IN THE NAME OF
     ET INTERIORS LLC, AND ALL
     PROPERTY TRACEABLE THERETO,
     DIRECTLY AND INDIRECTLY,
     INCLUDING, BUT NOT LIMITED TO,
     CASH AND MONETARY
     INSTRUMENTS, THE CONTENTS OF
     ANY FINANCIAL INSTITUTION
     ACCOUNTS TO WHICH SUCH FUNDS
     AND OTHER PROPERTY HAVE BEEN
     TRANSFERRED, AND PROPERTY AND
     INTERESTS IN PROPERTY
     PURCHASED IN WHOLE OR IN PART,
     DIRECTLY AND INDIRECTLY, WITH
     SUCH FUNDS;

11. JPMORGAN CHASE BANK ACCOUNT NUMBER ████5566 IN THE NAME OF JT CAPITAL LLC, AND ALL PROPERTY TRACEABLE THERETO, DIRECTLY AND INDIRECTLY, INCLUDING, BUT NOT LIMITED TO, CASH AND MONETARY INSTRUMENTS, THE CONTENTS OF ANY FINANCIAL INSTITUTION ACCOUNTS TO WHICH SUCH FUNDS AND OTHER PROPERTY HAVE BEEN TRANSFERRED, AND PROPERTY AND INTERESTS IN PROPERTY PURCHASED IN WHOLE OR IN PART, DIRECTLY AND INDIRECTLY, WITH SUCH FUNDS;

12. JPMORGAN CHASE BANK ACCOUNT NUMBER ████7696 IN THE NAME OF BRIGHTON CAPITAL LLC, AND ALL PROPERTY TRACEABLE THERETO, DIRECTLY AND INDIRECTLY, INCLUDING, BUT NOT LIMITED TO, CASH AND MONETARY INSTRUMENTS, THE CONTENTS OF ANY FINANCIAL INSTITUTION ACCOUNTS TO WHICH SUCH FUNDS AND OTHER PROPERTY HAVE BEEN TRANSFERRED, AND PROPERTY AND INTERESTS IN PROPERTY PURCHASED IN WHOLE OR IN PART, DIRECTLY AND INDIRECTLY, WITH SUCH FUNDS;

13. JPMORGAN CHASE BANK ACCOUNT NUMBER ████6133 IN THE NAME OF KSW CAPITAL LLC, AND ALL PROPERTY TRACEABLE THERETO, DIRECTLY AND INDIRECTLY, INCLUDING, BUT NOT LIMITED TO, CASH AND MONETARY INSTRUMENTS, THE CONTENTS OF ANY FINANCIAL INSTITUTION ACCOUNTS TO WHICH SUCH FUNDS AND OTHER PROPERTY HAVE BEEN TRANSFERRED, AND PROPERTY AND

INTERESTS IN PROPERTY
PURCHASED IN WHOLE OR IN PART,
DIRECTLY AND INDIRECTLY, WITH
SUCH FUNDS;

14. SIGNATURE BANK ACCOUNT NUMBER
███████5343 HELD IN THE NAME OF
ULTIMATE VENTURES LLC, AND ALL
PROPERTY TRACEABLE THERETO,
DIRECTLY AND INDIRECTLY,
INCLUDING, BUT NOT LIMITED TO,
CASH AND MONETARY
INSTRUMENTS, THE CONTENTS OF
ANY FINANCIAL INSTITUTION
ACCOUNTS TO WHICH SUCH FUNDS
AND OTHER PROPERTY HAVE BEEN
TRANSFERRED, AND PROPERTY AND
INTERESTS IN PROPERTY
PURCHASED IN WHOLE OR IN PART,
DIRECTLY AND INDIRECTLY, WITH
SUCH FUNDS;

15. TD BANK ACCOUNT NUMBER
███████8414 HELD IN THE NAME OF
EAST 34TH STREET HOLDING LLC,
AND ALL PROPERTY TRACEABLE
THERETO, DIRECTLY AND
INDIRECTLY, INCLUDING, BUT NOT
LIMITED TO, CASH AND MONETARY
INSTRUMENTS, THE CONTENTS OF
ANY FINANCIAL INSTITUTION
ACCOUNTS TO WHICH SUCH FUNDS
AND OTHER PROPERTY HAVE BEEN
TRANSFERRED, AND PROPERTY AND
INTERESTS IN PROPERTY
PURCHASED IN WHOLE OR IN PART,
DIRECTLY AND INDIRECTLY, WITH
SUCH FUNDS;

16. WELLS FARGO BANK ACCOUNT
NUMBER ███████3607 HELD IN
THE NAME OF J.B. POD [FIRST
NAMES OF 7 ADULT CHILDREN OF
J.B. [A/K/A J.M.] AND [FIRST NAME
OF MINOR CHILD OF J.B.] M. [LAST
NAME OF J.M. A/K/A J.B.], AND ALL

PROPERTY TRACEABLE THERETO, DIRECTLY AND INDIRECTLY, INCLUDING, BUT NOT LIMITED TO, CASH AND MONETARY INSTRUMENTS, THE CONTENTS OF ANY FINANCIAL INSTITUTION ACCOUNTS TO WHICH SUCH FUNDS AND OTHER PROPERTY HAVE BEEN TRANSFERRED, AND PROPERTY AND INTERESTS IN PROPERTY PURCHASED IN WHOLE OR IN PART, DIRECTLY AND INDIRECTLY, WITH SUCH FUNDS;

17. CHARLES SCHWAB ACCOUNT NUMBER ▮▮▮1919 HELD IN THE NAME OF EAST 34TH STREET HOLDING LLC, AND ALL PROPERTY TRACEABLE THERETO, DIRECTLY AND INDIRECTLY, INCLUDING, BUT NOT LIMITED TO, CASH AND MONETARY INSTRUMENTS, THE CONTENTS OF ANY FINANCIAL INSTITUTION ACCOUNTS TO WHICH SUCH FUNDS AND OTHER PROPERTY HAVE BEEN TRANSFERRED, AND PROPERTY AND INTERESTS IN PROPERTY PURCHASED IN WHOLE OR IN PART, DIRECTLY AND INDIRECTLY, WITH SUCH PROPERTY;

18. INTERACTIVE BROKERS ACCOUNT NUMBER ▮▮▮5744 HELD IN THE NAME OF JOSEPH TAUB, AND ALL PROPERTY TRACEABLE THERETO, DIRECTLY AND INDIRECTLY, INCLUDING, BUT NOT LIMITED TO, CASH AND MONETARY INSTRUMENTS, THE CONTENTS OF ANY FINANCIAL INSTITUTION ACCOUNTS TO WHICH SUCH FUNDS AND OTHER PROPERTY HAVE BEEN TRANSFERRED, AND PROPERTY AND INTERESTS IN PROPERTY PURCHASED IN WHOLE OR IN PART,

DIRECTLY AND INDIRECTLY, WITH
SUCH PROPERTY;

19. INTERACTIVE BROKERS ACCOUNT
NUMBER ▮▮▮2874 HELD IN THE
NAME OF JOSEPH TAUB, AND ALL
PROPERTY TRACEABLE THERETO,
DIRECTLY AND INDIRECTLY,
INCLUDING, BUT NOT LIMITED TO,
CASH AND MONETARY
INSTRUMENTS, THE CONTENTS OF
ANY FINANCIAL INSTITUTION
ACCOUNTS TO WHICH SUCH FUNDS
AND OTHER PROPERTY HAVE BEEN
TRANSFERRED, AND PROPERTY AND
INTERESTS IN PROPERTY
PURCHASED IN WHOLE OR IN PART,
DIRECTLY AND INDIRECTLY, WITH
SUCH PROPERTY;

20. SIGNATURE BANK ACCOUNT NUMBER
▮▮▮7573 HELD IN THE NAME OF
B.D., AND ALL PROPERTY TRACEABLE
THERETO, DIRECTLY AND
INDIRECTLY, INCLUDING, BUT NOT
LIMITED TO, CASH AND MONETARY
INSTRUMENTS, THE CONTENTS OF
ANY FINANCIAL INSTITUTION
ACCOUNTS TO WHICH SUCH FUNDS
AND OTHER PROPERTY HAVE BEEN
TRANSFERRED, AND PROPERTY AND
INTERESTS IN PROPERTY
PURCHASED IN WHOLE OR IN PART,
DIRECTLY AND INDIRECTLY, WITH
SUCH PROPERTY;

21. ETRADE ACCOUNT NUMBER
▮▮▮5805 HELD IN THE NAME OF
EAST 34TH STREET HOLDINGS LLC,
AND ALL PROPERTY TRACEABLE
THERETO, DIRECTLY AND
INDIRECTLY, INCLUDING, BUT NOT
LIMITED TO, CASH AND MONETARY
INSTRUMENTS, THE CONTENTS OF
ANY FINANCIAL INSTITUTION
ACCOUNTS TO WHICH SUCH FUNDS

AND OTHER PROPERTY HAVE BEEN
TRANSFERRED, AND PROPERTY AND
INTERESTS IN PROPERTY
PURCHASED IN WHOLE OR IN PART,
DIRECTLY AND INDIRECTLY, WITH
SUCH PROPERTY;

22. LIGHTSPEED TRADING ACCOUNT
NUMBER ██████3808 HELD IN THE
NAME OF ELAZAR SHMALO & J.S.
JTWROS, AND ALL PROPERTY
TRACEABLE THERETO, DIRECTLY
AND INDIRECTLY, INCLUDING, BUT
NOT LIMITED TO, CASH AND
MONETARY INSTRUMENTS, THE
CONTENTS OF ANY FINANCIAL
INSTITUTION ACCOUNTS TO WHICH
SUCH FUNDS AND OTHER PROPERTY
HAVE BEEN TRANSFERRED, AND
PROPERTY AND INTERESTS IN
PROPERTY PURCHASED IN WHOLE
OR IN PART, DIRECTLY AND
INDIRECTLY, WITH SUCH PROPERTY;

23. MERRILL LYNCH ACCOUNT NUMBER
████4J08 HELD IN THE NAME OF
JOSEPH TAUB, AND ALL PROPERTY
TRACEABLE THERETO, DIRECTLY
AND INDIRECTLY, INCLUDING, BUT
NOT LIMITED TO, CASH AND
MONETARY INSTRUMENTS, THE
CONTENTS OF ANY FINANCIAL
INSTITUTION ACCOUNTS TO WHICH
SUCH FUNDS AND OTHER PROPERTY
HAVE BEEN TRANSFERRED, AND
PROPERTY AND INTERESTS IN
PROPERTY PURCHASED IN WHOLE
OR IN PART, DIRECTLY AND
INDIRECTLY, WITH SUCH PROPERTY;

24. MERRILL LYNCH ACCOUNT NUMBER
████8215 HELD IN THE NAME OF
JOSEPH TAUB C/F MINOR CHILD 1
UTMA/NJ UNTIL AGE 21, AND ALL
PROPERTY TRACEABLE THERETO,
DIRECTLY AND INDIRECTLY,

INCLUDING, BUT NOT LIMITED TO,
CASH AND MONETARY
INSTRUMENTS, THE CONTENTS OF
ANY FINANCIAL INSTITUTION
ACCOUNTS TO WHICH SUCH FUNDS
AND OTHER PROPERTY HAVE BEEN
TRANSFERRED, AND PROPERTY AND
INTERESTS IN PROPERTY
PURCHASED IN WHOLE OR IN PART,
DIRECTLY AND INDIRECTLY, WITH
SUCH PROPERTY;

25. MERRILL LYNCH ACCOUNT NUMBER
    ████8220 HELD IN THE NAME OF
    JOSEPH TAUB C/F MINOR CHILD 2
    UTMA/NJ UNTIL AGE 21, AND ALL
    PROPERTY TRACEABLE THERETO,
    DIRECTLY AND INDIRECTLY,
    INCLUDING, BUT NOT LIMITED TO,
    CASH AND MONETARY
    INSTRUMENTS, THE CONTENTS OF
    ANY FINANCIAL INSTITUTION
    ACCOUNTS TO WHICH SUCH FUNDS
    AND OTHER PROPERTY HAVE BEEN
    TRANSFERRED, AND PROPERTY AND
    INTERESTS IN PROPERTY
    PURCHASED IN WHOLE OR IN PART,
    DIRECTLY AND INDIRECTLY, WITH
    SUCH PROPERTY;

26. MERRILL LYNCH ACCOUNT NUMBER
    ████8222 HELD IN THE NAME OF
    JOSEPH TAUB C/F MINOR CHILD 3
    UTMA/NJ UNTIL AGE 21, AND ALL
    PROPERTY TRACEABLE THERETO,
    DIRECTLY AND INDIRECTLY,
    INCLUDING, BUT NOT LIMITED TO,
    CASH AND MONETARY
    INSTRUMENTS, THE CONTENTS OF
    ANY FINANCIAL INSTITUTION
    ACCOUNTS TO WHICH SUCH FUNDS
    AND OTHER PROPERTY HAVE BEEN
    TRANSFERRED, AND PROPERTY AND
    INTERESTS IN PROPERTY
    PURCHASED IN WHOLE OR IN PART,

- 13 -

DIRECTLY AND INDIRECTLY, WITH
SUCH PROPERTY;

27. MERRILL LYNCH ACCOUNT NUMBER
■■■■8221 HELD IN THE NAME OF
JOSEPH TAUB C/F MINOR CHILD 4
UTMA/NJ UNTIL AGE 21, AND ALL
PROPERTY TRACEABLE THERETO,
DIRECTLY AND INDIRECTLY,
INCLUDING, BUT NOT LIMITED TO,
CASH AND MONETARY
INSTRUMENTS, THE CONTENTS OF
ANY FINANCIAL INSTITUTION
ACCOUNTS TO WHICH SUCH FUNDS
AND OTHER PROPERTY HAVE BEEN
TRANSFERRED, AND PROPERTY AND
INTERESTS IN PROPERTY
PURCHASED IN WHOLE OR IN PART,
DIRECTLY AND INDIRECTLY, WITH
SUCH PROPERTY;

28. MERRILL LYNCH ACCOUNT NUMBER
■■■■8231 HELD IN THE NAME OF
JOSEPH TAUB C/F MINOR CHILD 5
UTMA/NJ UNTIL AGE 21, AND ALL
PROPERTY TRACEABLE THERETO,
DIRECTLY AND INDIRECTLY,
INCLUDING, BUT NOT LIMITED TO,
CASH AND MONETARY
INSTRUMENTS, THE CONTENTS OF
ANY FINANCIAL INSTITUTION
ACCOUNTS TO WHICH SUCH FUNDS
AND OTHER PROPERTY HAVE BEEN
TRANSFERRED, AND PROPERTY AND
INTERESTS IN PROPERTY
PURCHASED IN WHOLE OR IN PART,
DIRECTLY AND INDIRECTLY, WITH
SUCH PROPERTY;

29. MERRILL LYNCH ACCOUNT NUMBER
■■■■8212 HELD IN THE NAME OF
MLPF&S CUST FPO JOSEPH TAUB
SEP FBO JOSEPH TAUB, AND ALL
PROPERTY TRACEABLE THERETO,
DIRECTLY AND INDIRECTLY,
INCLUDING, BUT NOT LIMITED TO,

CASH AND MONETARY
INSTRUMENTS, THE CONTENTS OF
ANY FINANCIAL INSTITUTION
ACCOUNTS TO WHICH SUCH FUNDS
AND OTHER PROPERTY HAVE BEEN
TRANSFERRED, AND PROPERTY AND
INTERESTS IN PROPERTY
PURCHASED IN WHOLE OR IN PART,
DIRECTLY AND INDIRECTLY, WITH
SUCH PROPERTY;

30. ROBINHOOD FINANCIAL ACCOUNT
NUMBER ████1517 HELD IN THE
NAME OF ELAZAR SHMALO, AND ALL
PROPERTY TRACEABLE THERETO,
DIRECTLY AND INDIRECTLY,
INCLUDING, BUT NOT LIMITED TO,
CASH AND MONETARY
INSTRUMENTS, THE CONTENTS OF
ANY FINANCIAL INSTITUTION
ACCOUNTS TO WHICH SUCH FUNDS
AND OTHER PROPERTY HAVE BEEN
TRANSFERRED, AND PROPERTY AND
INTERESTS IN PROPERTY
PURCHASED IN WHOLE OR IN PART,
DIRECTLY AND INDIRECTLY, WITH
SUCH PROPERTY;

31. SCOTTRADE ACCOUNT NUMBER
████2170 HELD IN THE NAME OF
EAST 34TH STREET HOLDING LLC,
AND ALL PROPERTY TRACEABLE
THERETO, DIRECTLY AND
INDIRECTLY, INCLUDING, BUT NOT
LIMITED TO, CASH AND MONETARY
INSTRUMENTS, THE CONTENTS OF
ANY FINANCIAL INSTITUTION
ACCOUNTS TO WHICH SUCH FUNDS
AND OTHER PROPERTY HAVE BEEN
TRANSFERRED, AND PROPERTY AND
INTERESTS IN PROPERTY
PURCHASED IN WHOLE OR IN PART,
DIRECTLY AND INDIRECTLY, WITH
SUCH PROPERTY;

32. TRADEKING SECURITIES ACCOUNT NUMBER ▇▇5589 HELD IN THE NAME OF JOSEPH TAUB, AND ALL PROPERTY TRACEABLE THERETO, DIRECTLY AND INDIRECTLY, INCLUDING, BUT NOT LIMITED TO, CASH AND MONETARY INSTRUMENTS, THE CONTENTS OF ANY FINANCIAL INSTITUTION ACCOUNTS TO WHICH SUCH FUNDS AND OTHER PROPERTY HAVE BEEN TRANSFERRED, AND PROPERTY AND INTERESTS IN PROPERTY PURCHASED IN WHOLE OR IN PART, DIRECTLY AND INDIRECTLY, WITH SUCH PROPERTY;

33. VISION FINANCIAL MARKETS ACCOUNT ▇▇4500 HELD IN THE NAME OF JOSEPH TAUB, AND ALL PROPERTY TRACEABLE THERETO, DIRECTLY AND INDIRECTLY, INCLUDING, BUT NOT LIMITED TO, CASH AND MONETARY INSTRUMENTS, THE CONTENTS OF ANY FINANCIAL INSTITUTION ACCOUNTS TO WHICH SUCH FUNDS AND OTHER PROPERTY HAVE BEEN TRANSFERRED, AND PROPERTY AND INTERESTS IN PROPERTY PURCHASED IN WHOLE OR IN PART, DIRECTLY AND INDIRECTLY, WITH SUCH PROPERTY;

34. ETRADE ACCOUNT NUMBER ▇▇5762 HELD IN THE NAME OF B.D., AND ALL PROPERTY TRACEABLE THERETO, DIRECTLY AND INDIRECTLY, INCLUDING, BUT NOT LIMITED TO, CASH AND MONETARY INSTRUMENTS, THE CONTENTS OF ANY FINANCIAL INSTITUTION ACCOUNTS TO WHICH SUCH FUNDS AND OTHER PROPERTY HAVE BEEN TRANSFERRED, AND PROPERTY AND INTERESTS IN PROPERTY

PURCHASED IN WHOLE OR IN PART,
DIRECTLY AND INDIRECTLY, WITH
SUCH PROPERTY;

35. WEDBUSH SECURITIES ACCOUNT
NUMBER ███0327 HELD IN THE
NAME OF EAST 34TH STREET
HOLDING LLC, AND ALL PROPERTY
TRACEABLE THERETO, DIRECTLY
AND INDIRECTLY, INCLUDING, BUT
NOT LIMITED TO, CASH AND
MONETARY INSTRUMENTS, THE
CONTENTS OF ANY FINANCIAL
INSTITUTION ACCOUNTS TO WHICH
SUCH FUNDS AND OTHER PROPERTY
HAVE BEEN TRANSFERRED, AND
PROPERTY AND INTERESTS IN
PROPERTY PURCHASED IN WHOLE
OR IN PART, DIRECTLY AND
INDIRECTLY, WITH SUCH PROPERTY;

36. ETRADE ACCOUNT NUMBER
███2854 HELD IN THE NAME OF
Y.F., AND ALL PROPERTY TRACEABLE
THERETO, DIRECTLY AND
INDIRECTLY, INCLUDING, BUT NOT
LIMITED TO, CASH AND MONETARY
INSTRUMENTS, THE CONTENTS OF
ANY FINANCIAL INSTITUTION
ACCOUNTS TO WHICH SUCH FUNDS
AND OTHER PROPERTY HAVE BEEN
TRANSFERRED, AND PROPERTY AND
INTERESTS IN PROPERTY
PURCHASED IN WHOLE OR IN PART,
DIRECTLY AND INDIRECTLY, WITH
SUCH PROPERTY; AND

37. LIGHTSPEED TRADING ACCOUNT
NUMBER ███1111 HELD IN THE
NAME OF M.W., AND ALL PROPERTY
TRACEABLE THERETO, DIRECTLY
AND INDIRECTLY, INCLUDING, BUT
NOT LIMITED TO, CASH AND
MONETARY INSTRUMENTS, THE
CONTENTS OF ANY FINANCIAL
INSTITUTION ACCOUNTS TO WHICH

- 17 -

SUCH FUNDS AND OTHER PROPERTY HAVE BEEN TRANSFERRED, AND PROPERTY AND INTERESTS IN PROPERTY PURCHASED IN WHOLE OR IN PART, DIRECTLY AND INDIRECTLY, WITH SUCH PROPERTY,

38. FIDELITY ACCOUNT NUMBER █████ █6261 HELD IN THE NAME OF M.W., AND ALL PROPERTY TRACEABLE THERETO, DIRECTLY AND INDIRECTLY, INCLUDING, BUT NOT LIMITED TO, CASH AND MONETARY INSTRUMENTS, THE CONTENTS OF ANY FINANCIAL INSTITUTION ACCOUNTS TO WHICH SUCH FUNDS AND OTHER PROPERTY HAVE BEEN TRANSFERRED, AND PROPERTY AND INTERESTS IN PROPERTY PURCHASED IN WHOLE OR IN PART, DIRECTLY AND INDIRECTLY, WITH SUCH PROPERTY,

39. CHARLES SCHWAB ACCOUNT NUMBER █████6742 HELD IN THE NAME OF R.K., AND ALL PROPERTY TRACEABLE THERETO, DIRECTLY AND INDIRECTLY, INCLUDING, BUT NOT LIMITED TO, CASH AND MONETARY INSTRUMENTS, THE CONTENTS OF ANY FINANCIAL INSTITUTION ACCOUNTS TO WHICH SUCH FUNDS AND OTHER PROPERTY HAVE BEEN TRANSFERRED, AND PROPERTY AND INTERESTS IN PROPERTY PURCHASED IN WHOLE OR IN PART, DIRECTLY AND INDIRECTLY, WITH SUCH PROPERTY,

40. TD AMERITRADE ACCOUNT NUMBER █████3856 HELD IN THE NAME OF R.K., AND ALL PROPERTY TRACEABLE THERETO, DIRECTLY AND INDIRECTLY, INCLUDING, BUT NOT LIMITED TO, CASH AND MONETARY INSTRUMENTS, THE CONTENTS OF

ANY FINANCIAL INSTITUTION
ACCOUNTS TO WHICH SUCH FUNDS
AND OTHER PROPERTY HAVE BEEN
TRANSFERRED, AND PROPERTY AND
INTERESTS IN PROPERTY
PURCHASED IN WHOLE OR IN PART,
DIRECTLY AND INDIRECTLY, WITH
SUCH PROPERTY,

41. SCOTTRADE ACCOUNT NUMBER
    ████7665 HELD IN THE NAME OF
    R.K., AND ALL PROPERTY TRACEABLE
    THERETO, DIRECTLY AND
    INDIRECTLY, INCLUDING, BUT NOT
    LIMITED TO, CASH AND MONETARY
    INSTRUMENTS, THE CONTENTS OF
    ANY FINANCIAL INSTITUTION
    ACCOUNTS TO WHICH SUCH FUNDS
    AND OTHER PROPERTY HAVE BEEN
    TRANSFERRED, AND PROPERTY AND
    INTERESTS IN PROPERTY
    PURCHASED IN WHOLE OR IN PART,
    DIRECTLY AND INDIRECTLY, WITH
    SUCH PROPERTY,

42. LIGHTSPEED TRADING ACCOUNT
    NUMBER ████1205 HELD IN THE
    NAME OF R.K., AND ALL PROPERTY
    TRACEABLE THERETO, DIRECTLY
    AND INDIRECTLY, INCLUDING, BUT
    NOT LIMITED TO, CASH AND
    MONETARY INSTRUMENTS, THE
    CONTENTS OF ANY FINANCIAL
    INSTITUTION ACCOUNTS TO WHICH
    SUCH FUNDS AND OTHER PROPERTY
    HAVE BEEN TRANSFERRED, AND
    PROPERTY AND INTERESTS IN
    PROPERTY PURCHASED IN WHOLE
    OR IN PART, DIRECTLY AND
    INDIRECTLY, WITH SUCH PROPERTY,

43. ETRADE ACCOUNT NUMBER ████
    8884 HELD IN THE NAME OF R.K.,
    AND ALL PROPERTY TRACEABLE
    THERETO, DIRECTLY AND
    INDIRECTLY, INCLUDING, BUT NOT

LIMITED TO, CASH AND MONETARY
INSTRUMENTS, THE CONTENTS OF
ANY FINANCIAL INSTITUTION
ACCOUNTS TO WHICH SUCH FUNDS
AND OTHER PROPERTY HAVE BEEN
TRANSFERRED, AND PROPERTY AND
INTERESTS IN PROPERTY
PURCHASED IN WHOLE OR IN PART,
DIRECTLY AND INDIRECTLY, WITH
SUCH PROPERTY,

44. WELLS FARGO ADVISORS ACCOUNT
NUMBER ▮▮▮3997 HELD IN THE
NAME OF R.K., AND ALL PROPERTY
TRACEABLE THERETO, DIRECTLY
AND INDIRECTLY, INCLUDING, BUT
NOT LIMITED TO, CASH AND
MONETARY INSTRUMENTS, THE
CONTENTS OF ANY FINANCIAL
INSTITUTION ACCOUNTS TO WHICH
SUCH FUNDS AND OTHER PROPERTY
HAVE BEEN TRANSFERRED, AND
PROPERTY AND INTERESTS IN
PROPERTY PURCHASED IN WHOLE
OR IN PART, DIRECTLY AND
INDIRECTLY, WITH SUCH PROPERTY,

45. WELLS FARGO ADVISORS ACCOUNT
NUMBER ▮▮▮5891 HELD IN THE
NAME OF R.W., AND ALL PROPERTY
TRACEABLE THERETO, DIRECTLY
AND INDIRECTLY, INCLUDING, BUT
NOT LIMITED TO, CASH AND
MONETARY INSTRUMENTS, THE
CONTENTS OF ANY FINANCIAL
INSTITUTION ACCOUNTS TO WHICH
SUCH FUNDS AND OTHER PROPERTY
HAVE BEEN TRANSFERRED, AND
PROPERTY AND INTERESTS IN
PROPERTY PURCHASED IN WHOLE
OR IN PART, DIRECTLY AND
INDIRECTLY, WITH SUCH PROPERTY,

46. TD AMERITRADE ACCOUNT NUMBER
▮▮▮4326 HELD IN THE NAME OF
R.W., AND ALL PROPERTY

TRACEABLE THERETO, DIRECTLY
AND INDIRECTLY, INCLUDING, BUT
NOT LIMITED TO, CASH AND
MONETARY INSTRUMENTS, THE
CONTENTS OF ANY FINANCIAL
INSTITUTION ACCOUNTS TO WHICH
SUCH FUNDS AND OTHER PROPERTY
HAVE BEEN TRANSFERRED, AND
PROPERTY AND INTERESTS IN
PROPERTY PURCHASED IN WHOLE
OR IN PART, DIRECTLY AND
INDIRECTLY, WITH SUCH PROPERTY,

47. ETRADE ACCOUNT NUMBER ▮▮▮▮
9401 HELD IN THE NAME OF R.W.,
AND ALL PROPERTY TRACEABLE
THERETO, DIRECTLY AND
INDIRECTLY, INCLUDING, BUT NOT
LIMITED TO, CASH AND MONETARY
INSTRUMENTS, THE CONTENTS OF
ANY FINANCIAL INSTITUTION
ACCOUNTS TO WHICH SUCH FUNDS
AND OTHER PROPERTY HAVE BEEN
TRANSFERRED, AND PROPERTY AND
INTERESTS IN PROPERTY
PURCHASED IN WHOLE OR IN PART,
DIRECTLY AND INDIRECTLY, WITH
SUCH PROPERTY,

48. TD AMERITRADE ACCOUNT NUMBER
▮▮▮▮4216 HELD IN THE NAME OF
EAST 34TH STREET HOLDINGS LLC,
AND ALL PROPERTY TRACEABLE
THERETO, DIRECTLY AND
INDIRECTLY, INCLUDING, BUT NOT
LIMITED TO, CASH AND MONETARY
INSTRUMENTS, THE CONTENTS OF
ANY FINANCIAL INSTITUTION
ACCOUNTS TO WHICH SUCH FUNDS
AND OTHER PROPERTY HAVE BEEN
TRANSFERRED, AND PROPERTY AND
INTERESTS IN PROPERTY
PURCHASED IN WHOLE OR IN PART,
DIRECTLY AND INDIRECTLY, WITH
SUCH PROPERTY,

49. WELLS FARGO ADVISORS ACCOUNT NUMBER ███2089 HELD IN THE NAME OF EAST 34TH STREET HOLDINGS, AND ALL PROPERTY TRACEABLE THERETO, DIRECTLY AND INDIRECTLY, INCLUDING, BUT NOT LIMITED TO, CASH AND MONETARY INSTRUMENTS, THE CONTENTS OF ANY FINANCIAL INSTITUTION ACCOUNTS TO WHICH SUCH FUNDS AND OTHER PROPERTY HAVE BEEN TRANSFERRED, AND PROPERTY AND INTERESTS IN PROPERTY PURCHASED IN WHOLE OR IN PART, DIRECTLY AND INDIRECTLY, WITH SUCH PROPERTY,

50. LIGHTSPEED TRADING ACCOUNT NUMBER ███0327 HELD IN THE NAME OF EAST 34TH STREET HOLDINGS LLC, AND ALL PROPERTY TRACEABLE THERETO, DIRECTLY AND INDIRECTLY, INCLUDING, BUT NOT LIMITED TO, CASH AND MONETARY INSTRUMENTS, THE CONTENTS OF ANY FINANCIAL INSTITUTION ACCOUNTS TO WHICH SUCH FUNDS AND OTHER PROPERTY HAVE BEEN TRANSFERRED, AND PROPERTY AND INTERESTS IN PROPERTY PURCHASED IN WHOLE OR IN PART, DIRECTLY AND INDIRECTLY, WITH SUCH PROPERTY,

51. WELLS FARGO ADVISORS ACCOUNT NUMBER ███5042 HELD IN THE NAME OF Y.F., AND ALL PROPERTY TRACEABLE THERETO, DIRECTLY AND INDIRECTLY, INCLUDING, BUT NOT LIMITED TO, CASH AND MONETARY INSTRUMENTS, THE CONTENTS OF ANY FINANCIAL INSTITUTION ACCOUNTS TO WHICH SUCH FUNDS AND OTHER PROPERTY HAVE BEEN TRANSFERRED, AND PROPERTY AND INTERESTS IN

PROPERTY PURCHASED IN WHOLE OR IN PART, DIRECTLY AND INDIRECTLY, WITH SUCH PROPERTY,

52. CAPITAL ONE BANK ACCOUNT NUMBER ▉▉▉▉9094 HELD IN THE NAME OF T.W., AND ALL PROPERTY TRACEABLE THERETO, DIRECTLY AND INDIRECTLY, INCLUDING, BUT NOT LIMITED TO, CASH AND MONETARY INSTRUMENTS, THE CONTENTS OF ANY FINANCIAL INSTITUTION ACCOUNTS TO WHICH SUCH FUNDS AND OTHER PROPERTY HAVE BEEN TRANSFERRED, AND PROPERTY AND INTERESTS IN PROPERTY PURCHASED IN WHOLE OR IN PART, DIRECTLY AND INDIRECTLY, WITH SUCH PROPERTY,

53. SCOTTRADE ACCOUNT ▉▉▉7374 HELD IN THE NAME OF T.W., AND ALL PROPERTY TRACEABLE THERETO, DIRECTLY AND INDIRECTLY, INCLUDING, BUT NOT LIMITED TO, CASH AND MONETARY INSTRUMENTS, THE CONTENTS OF ANY FINANCIAL INSTITUTION ACCOUNTS TO WHICH SUCH FUNDS AND OTHER PROPERTY HAVE BEEN TRANSFERRED, AND PROPERTY AND INTERESTS IN PROPERTY PURCHASED IN WHOLE OR IN PART, DIRECTLY AND INDIRECTLY, WITH SUCH PROPERTY,

54. FIDELITY ACCOUNT NUMBER ▉▉▉▉ ▉▉7028 HELD IN THE NAME OF Y.B., AND ALL PROPERTY TRACEABLE THERETO, DIRECTLY AND INDIRECTLY, INCLUDING, BUT NOT LIMITED TO, CASH AND MONETARY INSTRUMENTS, THE CONTENTS OF ANY FINANCIAL INSTITUTION ACCOUNTS TO WHICH SUCH FUNDS AND OTHER PROPERTY HAVE BEEN

TRANSFERRED, AND PROPERTY AND
INTERESTS IN PROPERTY
PURCHASED IN WHOLE OR IN PART,
DIRECTLY AND INDIRECTLY, WITH
SUCH PROPERTY,

   Defendants *in rem.*

## BACKGROUND

*THE SEIZURE WARRANTS AND THIS CIVIL FORFEITURE CASE*

WHEREAS, on or about December 9, 2016, the Honorable Leda Dunn Wettre, United States Magistrate Judge, issued seizure warrants for several of the above-captioned brokerage and bank accounts (the "Seizure Warrants"), including four accounts held in Shmalo's name;

WHEREAS on or about December 12, 2016, pursuant to the Seizure Warrants, the Federal Bureau of Investigation ("FBI") and the United States Marshals Service ("USMS") seized the property named in the Seizure Warrants;

WHEREAS, on December 12, 2016, the United States filed a verified Forfeiture Complaint for civil forfeiture of, *inter alia*, Shmalo's interest in the funds seized from the following accounts held in Shmalo's name:

  i.  a Citibank account ending in 6475;

  ii.  a Citbank account ending in 5403;

  iii.  a Lightspeed Trading account ending in 3808; and

  iv.  a Robinhood financial account ending in 1517

(the "Shmalo Accounts");

WHEREAS, on May 12, 2017, Shmalo filed a verified claim to the Shmalo Accounts;

WHEREAS, on February 21, 2018, the United States dismissed the criminal charges against Shmalo (*See United States v. Joseph Taub, et al.*, Mag. No. 16-8190 (D.N.J.), Doc. No. 52);

WHEREAS, on or about August 23, 2018, the United States filed an amended verified Forfeiture Complaint for civil forfeiture of, *inter alia*, Shmalo's interest in the Shmalo Accounts;

WHEREAS, in order to compromise and settle the above-captioned civil forfeiture proceeding as to the Shmalo Accounts and without admitting any of the allegations therein,

IT IS HEREBY STIPULATED AND AGREED, by and between the United States Attorney's Office for the District of New Jersey (the "Office"), by Craig Carpenito, United States Attorney (Sarah Devlin, Assistant United States Attorney, appearing), and Elazar Shmalo, claimant (herein the "Claimant"), by Katten, Muchin, Rosenman, LLP (Michael M. Rosensaft, Esq. and Scott A. Resnik, Esq., appearing), as follows:

1.    The United States and Claimant wish to resolve this action without litigation, thus both parties agree to terms listed below.

2.    Claimant further consents to the forfeiture of all of his right, title, and interest in the Shmalo Accounts.

3.    Claimant waives any notice of any forfeiture proceedings brought against the Shmalo Accounts, pursuant to 18 U.S.C. § 983(a)(4)(A) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure.

- 25 -

4.     Claimant abandons any and all interest he has in the Shmalo Accounts and consents to the filing of any orders of forfeiture with the Court in order to accomplish the forfeiture of the Shmalo Accounts.

5.     Claimant further agrees that he, individually and in any capacity, will not file a claim or a petition for remission or mitigation in any proceeding involving the Shmalo Accounts and will not cause or assist anyone else in doing so.

6.     Claimant agrees that this Stipulation represents a full and final disposition of his claims and hereby waives all rights to appeal or to otherwise challenge or contest the validity of this Stipulation and Order.

7.     Claimant agrees to release and hold harmless the United States and its agents and employees, including but not limited to the USMS, the FBI, and the Office, in their individual and official capacities, from any and all claims by Claimant and his agents that currently exist or that may arise as a result of the Government's actions against and relating to the Shmalo Accounts.

8.     Claimant understands and agrees that this Stipulation and Order constitutes a full and final settlement of his asserted interests in the Shmalo Accounts and waive any rights to litigate further his interests in the Shmalo Accounts and further pursue remission or mitigation of the forfeiture.

9.     This Stipulation and Order is a full and final settlement of the claim filed by Shmalo in the above-captioned civil forfeiture case.

10.     Each party agrees to bear its own costs and attorneys' fees.

- 26 -

11.     The individual(s) signing this Stipulation and Order on behalf of Shmalo represent and warrant that they are authorized by Shmalo to execute this Stipulation and Order.  The undersigned United States signatory represents that she is signing this Stipulation and Order in her official capacity and that she is authorized to execute this Stipulation and Order.

12.     Violation of any terms or conditions herein shall be construed as a violation of an order of the Court.

13.     This Stipulation and Order may be executed in counterparts, each of which shall be deemed an original, and all of which, when taken together, shall be deemed the complete Stipulation and Order.

14.     This Stipulation and Order constitutes the entire agreement between the parties on the matters raised herein, and no other statement, promise, or agreement, either written or oral, made by either party or agents of either party, that is not contained in this Stipulation and Order shall be enforceable.

15.     The Court shall have exclusive jurisdiction over the interpretation and enforcement of this Stipulation and Order.


Dated: Newark, New Jersey
June 22, 2020

                         SO ORDERED:

                         _____
                         HONORABLE JOHN MICHAEL VAZQUEZ
                         UNITED STATES DISTRICT JUDGE


CONSENTED TO:

CRAIG CARPENITO
United States Attorney


Dated: 6-18-20 By:  *Sarah Devlin*
_____
SARAH DEVLIN
Assistant United States Attorney


Dated: 6/17/2020   *Elazar Shmalo*
_____
ELAZAR SHMALO, Claimant


Dated:  6/18/20
_____
MICHAEL M. ROSENSAFT, ESQ.
SCOTT A. RESNIK, ESQ.
Attorneys for Claimant